IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN L. DYE, JR.,

                Plaintiff,

v.

DR. CHARLES J. GRISDALE,
DR. JEFFERY GARBELMAN, DR. RALPH FROELICH,
MICHAEL THURMER, and BELINDA SCHRUBBE,

                Defendants.

ORDER

11-cv-443-bbc

---

      Plaintiff John Dye is proceeding on his claims that defendants violated his Eighth Amendment rights by failing to accommodate his eating disorder/phobia. At the preliminary pretrial conference held on January 20, 2011, I set the schedule for trial, including the September 7, 2012 deadline for filing dispositive motions. Now plaintiff has filed a motion for summary judgment. Briefing on the motion will be postponed however, because plaintiff failed to follow the procedures as outlined in the <u>Procedure To Be Followed On Motions For Summary Judgment</u>. This procedure was included with the January 20, 2011 pretrial conference order and I will include a copy of the procedure along with this order. Plaintiff should pay particular attention to those parts of the procedure that require him to submit proposed findings of fact in support of his motion and point to admissible evidence in the record to support each factual proposition. Accordingly, I will give plaintiff a brief extension of time to submit his proposed findings of fact and any supporting evidence.

1

ORDER

IT IS ORDERED that plaintiff John Dye may have until September 20, 2012 to submit his proposed findings of fact in support of his motion for summary judgment that complies with the court's procedures. Once the clerk's office receives plaintiff's proposed findings of fact that comply with this court's procedures, briefing will be set on the motion. However, if plaintiff fails to submit proposed findings of fact that comply with the court's procedures by the deadline, his motion will be denied because he failed to follow the procedures.

Entered this 13th day of September, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge