IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN L. DYE, JR.,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　11-cv-443-bbc

CHARLES J. GRISDALE, PH.D.,
DR. JEFFERY GARBELMAN, PH.D.,
DR. RALPH FROELICH, M.D.,
MICHAEL THURMER and
BELINDA SCHRUBBE,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motions for preliminary injunctive relief and dismissing this case for plaintiff's failure to timely pay the $350 filing fee.

By: *[signature]*, Deputy Clerk　　　　　1-8-2013
    Peter Oppeneer, Clerk of Court　　　　　　Date